## IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| JOHN MICHAEL HEAD, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Case No. CIV-25-1529-R |
| | ) | |
| SCARLET GRANT, WARDEN, | ) | |
| | ) | |
| Respondent. | ) | |

## ORDER

Before the Court is the Department of Homeland Security's Motion to Intervene on behalf of Respondent. Doc. 8. Having considered the motion, the Court GRANTS it. The Court allows the Department of Homeland Security to intervene and is hereby made a Respondent in this case.

**SO ORDERED** this 5th day of January, 2026.

_____
SUZANNE MITCHELL
UNITED STATES MAGISTRATE JUDGE