## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

JOHN MICHAEL HEAD,        )
                           )
     Petitioner,         )
v.                         )       Case No. CIV-25-1529-R
                           )
SCARLET GRANT et al.,     )
                           )
     Respondents.      )

## ORDER

On January 12, 2026, Respondents filed a notice informing the Court they intended to move Petitioner from his current detention location after the expiration of the 72-hour Court-ordered deadline, "in order to execute his removal to Brazil." Doc. 11, at 1. In an objection dated January 21, 2026, Petitioner filed his objection to the notice asking the Court to prevent Respondents from moving him because he has no travel documents for Brazil or any other country. Doc. 12, at 2.

The Court ORDERS Respondents to update the Court on Petitioner's status. Respondents shall provide the Court with information on Petitioner's current whereabouts and the status of his removal from this country. Respondents shall provide this information and any other information necessary for the Court's resolution of this habeas corpus action on or before February 12, 2026.

**SO ORDERED** this 2nd day of February, 2026.

_____
SUZANNE MITCHELL
UNITED STATES MAGISTRATE JUDGE