## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF OKLAHOMA

JOHN MICHAEL HEAD,                          )
                                            )
                 Petitioner,       )
                                            )
v.                                          )          Case No. CIV-25-1529-R
                                            )
SCARLET GRANT et al.,                       )
                                            )
                 Respondents.      )

## ORDER

This matter is before the Court for review of the Report and Recommendation issued by United States Magistrate Judge Suzanne Mitchell [Doc. No. 22]. Judge Mitchell recommends dismissal of the Petition as moot because Petitioner John Michael Head is no longer in custody and there is no longer a live case or controversy for this Court to decide. No objection to the Report and Recommendation has been filed nor has an extension of time in which to object been sought or granted. Therefore, the Report and Recommendation is ADOPTED in its entirety and Petitioner's Petition is DISMISSED AS MOOT. Petitioner's motions to expedite [Doc. Nos. 15, 17] are also DENIED AS MOOT.

      IT IS SO ORDERED this 3rd day of April, 2026.

DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE