**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| **JOHN MICHAEL HEAD,** ) | |
| ) | |
| **Petitioner,** ) | |
| **v.** ) | **Case No. CIV-25-1529-R** |
| ) | |
| **SCARLET GRANT, et al.,** ) | |
| ) | |
| **Respondents.** ) | |

## JUDGMENT

In accordance with the Court's Order entered this date, Petitioner's Petition is

DISMISSED AS MOOT.

IT IS SO ORDERED this 3rd day of April, 2026.

_____

**DAVID L. RUSSELL**
**UNITED STATES DISTRICT JUDGE**